UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RE:    CHRISTIAN L SILVA, SR                                      CASE NUMBER:22-17370-PGH

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION**
**(If this case is dismissed, this deficiency is an objection to reinstate)**

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows. **The debtor may be dismissed for failure to fund the plan if they are delinquent in payments. The Court may dismiss this case if no one appears at the confirmation hearing to represent the debtor.** *The Trustee reserves the right to raise additional objections UNTIL all documents are timely provided to the Trustee and reviewed for issues raised and additional documents needed.*

Debtor's attorney must provide all written responses or documents through BKDOCS.COM by 5pm at least 15 days prior to the confirmation hearing. Pro Se debtors may fax to 954-443-4452. Late documents may not be reviewed or considered, and this case may be at risk of dismissal.

**ATTORNEYS MUST SEEK A RESOLUTION PRIOR TO THE CONFIRMATION HEARING OF ALL OUTSTANDING ISSUES.** The Trustee's Office has a "Precall" date. During this period, the Debtor's or Creditor's attorney must call **THE THURSDAY PRIOR TO THE HEARING** and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation. A final calendar will be published with any changes of this recommendation the day before the hearing.

===============================================================================

**Recommendation for *January 31, 2023,* hearing. All amendments and documents for the *January 31, 2023,* hearing, were due as of *December 27, 2022.*** (Call the Trustee's case administration department prior to "re-sending" documents)

**1AP served 12/12**
**If Counsel for the Debtor(s) appears at confirmation, confirms service, and agrees on the record:**
**DISMISS unless ALL resolved by 2/3:** Remains unresolved from 11/15: 1) Provide calculation of income, 2) Provide proof of household size/income for all adults (letter provided was insufficient as tax returns not timely provided for Trustee to review for household size, need evidence actually living with the Debtor and not living with ex-wife), 3) Provide proof of Schedule J Lines 6b, 6d, 7, 8, 9, 10, 12, 17 and 21, 4) Provide copies of bank statements for #4861 (7/28-9/22) and #1797 (9/17-9/22), 5) Provide proof of use of funds withdrawn on 6/24 $1,000.00 (acct #4861) & 8/29 $10,000.00 (acct #1797) and Remains unresolved from 12/20: 6) File TBE Motion for HHG and Electronics to resolve Trustee's Objection to Exemptions
*If* resolved, **Continue to 2/28, NEW ISSUES due on or before 2/7**: 1) Amend plan to fund properly in month 13 and 2) File LF76 (bar date was 12/1/22)

**\*\*creditor paid through plan has not filed POC (IRS bar date 3/21)\*\***

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
*NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE*
*P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402*